# U.S. District Court
## Southern District of New York (Foley Square)
## CIVIL DOCKET FOR CASE #: 1:20−cv−00704−LLS

Lamb v. The Cookware Company (USA), LLC
Assigned to: Judge Louis L. Stanton
Demand: $5,000,000
Cause: 15:2301 Magnuson−Moss Warranty Act

Date Filed: 01/27/2020
Date Terminated: 07/09/2020
Jury Demand: Plaintiff
Nature of Suit: 370 Other Fraud
Jurisdiction: Diversity

**Plaintiff**

**Elena Lamb**
*on behalf of herself and all others similarly situated*

represented by **Jean Sutton Martin**
Morgan & Morgan Mass Tort Dept.
Morgan & Morgan
201 N. Franklin Street 6th Floor
33602
Tampa, FL 33602
813−559−4908
Email: jeanmartin@forthepeople.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ryan McGee**
Morgan & Morgan Complex Litigation Group
201 North Franklin Street
7th Floor
Tampa, FL 33602
(813)−223−5505
Email: rmcgee@forthepeople.com
*ATTORNEY TO BE NOTICED*

**Brian Philip Murray**
Glancy Prongay & Murray LLP
230 Park Avenue, Suite 530
New York, NY 10169
212−682−5340
Fax: 212−884−0988
Email: bmurray@glancylaw.com
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**The Cookware Company (USA), LLC**

represented by **Ryan King Cummings**
Hodgson, Russ, LLP(Bflo)
140 Pearl Street, Suite 100
Buffalo, NY 14202
716−848−1665
Fax: 716−849−0349
Email: rcumming@hodgsonruss.com
*ATTORNEY TO BE NOTICED*

**Ryan J. Lucinski**
Hodgson Russ LLP
140 Pearl Street, # 100
Buffalo, NY 14202
716−848−1343
Fax: 716−819−0349
Email: rlucinski@hodgsonruss.com
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 01/27/2020 | 1 | COMPLAINT against The Cookware Company (USA), LLC. (Filing Fee $ 400.00, Receipt Number ANYSDC−18604796)Document filed by Elena Lamb.(Murray, Brian) (Entered: 01/27/2020) |
| 01/27/2020 | 2 | CIVIL COVER SHEET filed. (Murray, Brian) (Entered: 01/27/2020) |
| 01/27/2020 | 3 | REQUEST FOR ISSUANCE OF SUMMONS as to The Cookware Company (USA), LLC, re: 1 Complaint. Document filed by Elena Lamb. (Murray, Brian) (Entered: 01/27/2020) |
| 01/28/2020 |  | **\*\*\*NOTICE TO ATTORNEY REGARDING CIVIL CASE OPENING STATISTICAL ERROR CORRECTION: Notice to attorney Brian Philip Murray. The following case opening statistical information was erroneously selected/entered: Jury Demand code n (None); County code Westchester; Fee Status code due (due);. The following correction(s) have been made to your case entry: the Jury Demand code has been modified to p (Plaintiff); the County code has been modified to XX Out of State; the Fee Status code has been modified to pd (paid);. (jgo)** (Entered: 01/28/2020) |
| 01/28/2020 |  | **\*\*\*NOTICE TO ATTORNEY REGARDING PARTY MODIFICATION. Notice to attorney Brian Philip Murray. The party information for the following party/parties has been modified: Elena Lamb. The information for the party/parties has been modified for the following reason/reasons: party text was omitted;. (jgo)** (Entered: 01/28/2020) |
| 01/28/2020 |  | CASE OPENING INITIAL ASSIGNMENT NOTICE: The above−entitled action is assigned to Judge Louis L. Stanton. Please download and review the Individual Practices of the assigned District Judge, located at https://nysd.uscourts.gov/judges/district−judges. Attorneys are responsible for providing courtesy copies to judges where their Individual Practices require such. Please download and review the ECF Rules and Instructions, located at https://nysd.uscourts.gov/rules/ecf−related−instructions. (jgo) (Entered: 01/28/2020) |
| 01/28/2020 |  | Magistrate Judge Ona T. Wang is so designated. Pursuant to 28 U.S.C. Section 636(c) and Fed. R. Civ. P. 73(b)(1) parties are notified that they may consent to proceed before a United States Magistrate Judge. Parties who wish to consent may access the necessary form at the following link: https://nysd.uscourts.gov/sites/default/files/2018−06/AO−3.pdf. (jgo) (Entered: 01/28/2020) |
| 01/28/2020 |  | Case Designated ECF. (jgo) (Entered: 01/28/2020) |
| 01/28/2020 | 4 | ELECTRONIC SUMMONS ISSUED as to The Cookware Company (USA), LLC. (jgo) (Entered: 01/28/2020) |
| 03/06/2020 | 5 | **FILING ERROR − DEFICIENT DOCKET ENTRY −** MOTION for Ryan J. McGee to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC−19034993. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by Elena Lamb. (Attachments: # 1 Affidavit Affidavit in support of motion, # 2 Text of Proposed Order Proposed order, # 3 Exhibit COGS).(McGee, Ryan) Modified on 3/6/2020 (aea). (Entered: 03/06/2020) |

| | | |
|---|---|---|
| 03/06/2020 | Ï | **>>>NOTICE REGARDING DEFICIENT MOTION TO APPEAR PRO HAC VICE. Notice to RE–FILE Document No. 5 MOTION for Ryan J. McGee to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC–19034993. Motion and supporting papers to be reviewed by Clerk's Office staff... The filing is deficient for the following reason(s): missing Certificate of Good Standing from Florida Supreme Court. Re–file the motion as a Motion to Appear Pro Hac Vice – attach the correct signed PDF – select the correct named filer/filers – attach valid Certificates of Good Standing issued within the past 30 days – attach Proposed Order. (aea)** (Entered: 03/06/2020) |
| 03/06/2020 | Ï 6 | NOTICE OF APPEARANCE by Ryan King Cummings on behalf of The Cookware Company (USA), LLC..(Cummings, Ryan) (Entered: 03/06/2020) |
| 03/16/2020 | Ï 7 | MOTION for Ryan J. McGee to Appear Pro Hac Vice . **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by Elena Lamb. (Attachments: # 1 Affidavit Affidavit in support of motion, # 2 Text of Proposed Order Proposed order, # 3 Exhibit COGS).(McGee, Ryan) (Entered: 03/16/2020) |
| 03/16/2020 | Ï | **>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. 7 MOTION for Ryan J. McGee to Appear Pro Hac Vice . Motion and supporting papers to be reviewed by Clerk's Office staff.. The document has been reviewed and there are no deficiencies. (wb)** (Entered: 03/16/2020) |
| 03/16/2020 | Ï 8 | LETTER MOTION for Extension of Time to File Answer addressed to Judge Louis L. Stanton from Ryan K. Cummings dated March 16, 2020. Document filed by The Cookware Company (USA), LLC..(Cummings, Ryan) (Entered: 03/16/2020) |
| 03/17/2020 | Ï 9 | STIPULATION EXTENDING TIME TO RESPOND TO COMPLAINT: IT IS HEREBY STIPULATED AND AGREED by and between the undersigned attorneys, that the time for The Cookware Company (USA), LLC to answer, move, or otherwise respond to the Plaintiffs Complaint is hereby extended to and including April 3, 2020. SO ORDERED. (The Cookware Company (USA), LLC answer due 4/3/2020.) Motions terminated: 8 LETTER MOTION for Extension of Time to File Answer addressed to Judge Louis L. Stanton from Ryan K. Cummings dated March 16, 2020 filed by The Cookware Company (USA), LLC. (Signed by Judge Louis L. Stanton on 3/17/2020) (rro) (Entered: 03/17/2020) |
| 03/31/2020 | Ï 10 | ORDER FOR ADMISSION PRO HAC VICE granting 7 Motion for Ryan J. McGee to Appear Pro Hac Vice. (Signed by Judge Louis L. Stanton on 3/31/2020) (rro) (Entered: 03/31/2020) |
| 04/03/2020 | Ï 11 | RULE 7.1 CORPORATE DISCLOSURE STATEMENT. Identifying Corporate Parent Cookware Company Holding America BVBA (BELGIUM) for The Cookware Company (USA), LLC. Document filed by The Cookware Company (USA), LLC..(Cummings, Ryan) (Entered: 04/03/2020) |
| 04/03/2020 | Ï 12 | MOTION to Dismiss . Document filed by The Cookware Company (USA), LLC. Responses due by 4/17/2020.(Cummings, Ryan) (Entered: 04/03/2020) |
| 04/03/2020 | Ï 13 | DECLARATION of Donald Hildebrand in Support re: 12 MOTION to Dismiss .. Document filed by The Cookware Company (USA), LLC. (Attachments: # 1 Exhibit product packaging, # 2 Exhibit Care and Use manual, # 3 Exhibit website warranty).(Cummings, Ryan) (Entered: 04/03/2020) |
| 04/03/2020 | Ï 14 | MEMORANDUM OF LAW in Support re: 12 MOTION to Dismiss . . Document filed by The Cookware Company (USA), LLC. (Attachments: # 1 Exhibit photographs comparing packaging, # 2 Text of Proposed Order).(Cummings, Ryan) (Entered: 04/03/2020) |
| 04/17/2020 | Ï 15 | **FILING ERROR – DEFICIENT PLEADING – FILED AGAINST PARTY ERROR –** AMENDED COMPLAINT amending 1 Complaint against Elena Lamb with JURY DEMAND.Document filed by Elena Lamb. Related document: 1 Complaint..(McGee, Ryan) |

| | | |
|---|---|---|
| | | Modified on 4/20/2020 (pc). (Entered: 04/17/2020) |
| 04/20/2020 | Ï | ***NOTICE TO ATTORNEY REGARDING DEFICIENT PLEADING. Notice to Attorney Ryan McGee to RE–FILE Document No. 15 Amended Complaint. The filing is deficient for the following reason(s): the wrong party/parties whom the pleading is against were selected;. Re–file the pleading using the event type Amended Complaint found under the event list Complaints and Other Initiating Documents – attach the correct signed PDF – select the individually named filer/filers – select the individually named party/parties the pleading is against. (pc)** (Entered: 04/20/2020) |
| 04/20/2020 | Ï 16 | AMENDED COMPLAINT amending 15 Amended Complaint, 1 Complaint against The Cookware Company (USA), LLC with JURY DEMAND.Document filed by Elena Lamb. Related document: 15 Amended Complaint, 1 Complaint..(McGee, Ryan) (Entered: 04/20/2020) |
| 04/24/2020 | Ï 17 | MOTION for Ryan J. Lucinski to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC–19575480. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by The Cookware Company (USA), LLC. (Attachments: # 1 Affidavit of Ryan Luncinski for Pro Hac Vice, # 2 Exhibit A, # 3 Text of Proposed Order Proposed Order for Admission Pro Hac Vice).(Lucinski, Ryan) (Entered: 04/24/2020) |
| 04/24/2020 | Ï | **>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. 17 MOTION for Ryan J. Lucinski to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC–19575480. Motion and supporting papers to be reviewed by Clerk's Office staff.. The document has been reviewed and there are no deficiencies. (laq)** (Entered: 04/24/2020) |
| 05/01/2020 | Ï 18 | MOTION to Dismiss *Amended Complaint*. Document filed by The Cookware Company (USA), LLC. Responses due by 5/15/2020 (Attachments: # 1 Text of Proposed Order).(Cummings, Ryan) (Entered: 05/01/2020) |
| 05/01/2020 | Ï 19 | MEMORANDUM OF LAW in Support re: 18 MOTION to Dismiss *Amended Complaint*. . Document filed by The Cookware Company (USA), LLC. (Attachments: # 1 Exhibit Comparison of Photographs in Amended Complaint with actual Package).(Cummings, Ryan) (Entered: 05/01/2020) |
| 05/01/2020 | Ï 20 | DECLARATION of Donald Hildebrand in Support re: 18 MOTION to Dismiss *Amended Complaint*.. Document filed by The Cookware Company (USA), LLC. (Attachments: # 1 Exhibit Product Packaging, # 2 Exhibit Care and Use Manual, # 3 Exhibit Website).(Cummings, Ryan) (Entered: 05/01/2020) |
| 05/11/2020 | Ï 21 | MOTION for Jean Sutton Martin to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC–19785617. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by Elena Lamb. (Attachments: # 1 Affidavit Affidavit of JSM, # 2 Appendix COGS, # 3 Text of Proposed Order Proposed order).(Martin, Jean) (Entered: 05/11/2020) |
| 05/11/2020 | Ï 22 | ORDER FOR ADMISSION PRO HAC VICE granting 17 Motion for Ryan J. Lucinski to Appear Pro Hac Vice. (Signed by Judge Louis L. Stanton on 5/11/2020) (rro) (Entered: 05/11/2020) |
| 05/11/2020 | Ï | **>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. 21 MOTION for Jean Sutton Martin to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC–19785617. Motion and supporting papers to be reviewed by Clerk's Office staff.. The document has been reviewed and there are no deficiencies. (ad)** (Entered: 05/11/2020) |
| 05/14/2020 | Ï 23 | NOTICE of Stipulation extending time to respond to Defendant's MTD re: 18 MOTION to Dismiss *Amended Complaint*.. Document filed by Elena Lamb..(Martin, Jean) (Entered: 05/14/2020) |
| 05/14/2020 | Ï 24 | STIPULATION EXTENDING TIME TO RESPOND TO DEFENDANT'S MOTION TO DISMISS:IT IS HEREBY STIPULATED AND AGREED by and between the undersigned |

| | | |
|---|---|---|
| | | attorneys, that the time for Plaintiff to respond to Defendant's Motion to Dismiss Plaintiffs Amended Complaint (Doc. 18) is hereby extended to and including May 22, 2020. So Ordered. (Responses due by 5/22/2020) (Signed by Judge Louis L. Stanton on 5/14/2020) (rro) (Entered: 05/14/2020) |
| 05/22/2020 | Ï 25 | RESPONSE in Opposition to Motion re: 18 MOTION to Dismiss *Amended Complaint*. . Document filed by Elena Lamb..(Kennedy, Thomas) (Entered: 05/22/2020) |
| 05/26/2020 | Ï 26 | ORDER FOR ADMISSION PRO HAC VICE granting 21 Motion for Jean S. Martin to Appear Pro Hac Vice. (Signed by Judge Louis L. Stanton on 5/26/2020) (rro) (Entered: 05/26/2020) |
| 05/26/2020 | Ï 27 | NOTICE of Stipulation Extending Defendant's Time To File Reply on Motion To Dismiss Amended Complaint up to and including June 5, 2020. Document filed by The Cookware Company (USA), LLC..(Cummings, Ryan) (Entered: 05/26/2020) |
| 05/26/2020 | Ï 28 | STIPULATION EXTENDING DEFENDANT'S TIME TO FILE ITS REPLY ON THE PENDING MOTION TO DISMISS: IT IS HEREBY STIPULATED AND AGREED by and between the undersigned attorneys, that the time for The Cookware Company (USA), LLC to file its Reply on its pending motion to dismiss the Amended Complaint is hereby extended to and including June 5, 2020. So Ordered. (Replies due by 6/5/2020.) (Signed by Judge Louis L. Stanton on 5/26/2020) (rro) (Entered: 05/26/2020) |
| 06/05/2020 | Ï 29 | REPLY MEMORANDUM OF LAW in Support re: 18 MOTION to Dismiss *Amended Complaint*. . Document filed by The Cookware Company (USA), LLC..(Cummings, Ryan) (Entered: 06/05/2020) |
| 06/15/2020 | Ï 30 | OPINION & ORDER granting in part and denying in part 18 Motion to Dismiss: that Defendant's motion to dismiss the amended complaint (Dkt. No. 18) is granted in part and denied in part. The motion to dismiss the Magnuson–Moss Warranty Act, breach of express warranty, breach of implied warranty of merchantability, and unjust enrichment claims (Counts I–IV) is granted. The motion to dismiss the Florida Deceptive and Unfair Trade Practices Act claim (Count V) is denied. The motion to dismiss plaintiff's request for injunctiverelief for lack of standing is granted. With the dismissal of the Magnuson–Moss and common–law claims, there remains only the claims of the Florida–plaintiff sub–class, brought by a Florida resident, under Florida law on a purchase made in Florida, against a New York resident which sold its product in Florida. Any party wishing to retain the action in this Court must show cause, within the next three weeks, why it should not be transferred to the United States District Court for the Middle District of Florida. (Signed by Judge Louis L. Stanton on 6/15/2020) (ml) (Entered: 06/15/2020) |
| 07/09/2020 | Ï 31 | ORDER: Three weeks having passed since the Court's June 15, 2020 Opinion and Order (Dkt. No. 30) directing the parties to show cause why this case should not be transferred to the Middle District of Florida, and no response having been made by either party, the Clerk of Court is respectfully directed to transfer this action, in which there remains only the claims of the Florida plaintiff sub–class, brought by a Florida resident, under Florida law on a purchase made in Florida, against a New York resident which sold its product in Florida, to the United States District Court for the Middle District of Florida. (Signed by Judge Louis L. Stanton on 7/9/2020) (rro) Transmission to Office of the Clerk of Court for processing. (Entered: 07/09/2020) |
| 07/09/2020 | Ï | CASE TRANSFERRED OUT ELECTRONICALLY from the U.S.D.C. Southern District of New York to the United States District Court – District of Middle District of Florida.(rro) (Entered: 07/16/2020) |
| 07/16/2020 | Ï 32 | ANSWER to 16 Amended Complaint. Document filed by The Cookware Company (USA), LLC..(Cummings, Ryan) (Entered: 07/16/2020) |