UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| ELENA LAMB on behalf of herself and all others similarly situated,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>THE COOKWARE COMPANY (USA), LLC,<br><br>　　　　Defendant. | Case No. 5:20-cv-00331-JSM-PRL |

**NOTICE OF SETTLEMENT**

Pursuant to Local Rule 3.08, Plaintiff, Elena Lamb, and Defendant, The Cookware Company (USA), LLC ("Defendant"), are pleased to inform the Court that the parties have reached an agreement in principle to settle this matter on an individual basis. The Parties respectfully request the Court's indulgence for 14 days to allow them to finalize the settlement. As soon as the settlement is finalized, Plaintiff Elena Lamb will file a stipulation of dismissal.

This 28th day of August, 2020.

Respectfully submitted,

| | |
|---|---|
| **MORGAN AND MORGAN COMPLEX LITIGATION GROUP**<br>*Attorneys for Plaintiff*<br><br>By:　*s/ Ryan J. McGee*<br>Ryan J. McGee, Esq.<br>201 N. Franklin St., 7th Floor<br>Tampa, Florida 33602<br>Telephone: (813) 559-4908<br>rmcgee@forthepeople.com | **HODGSON RUSS LLP**<br>*Attorneys for The Cookware Company (USA), LLC*<br><br>By: *s/ Ryan Lucinski*<br>Ryan J. Jucinski, Esq.<br>140 Pearl Street, Suite 100<br>Buffalo, New York 14202–4040<br>Telephone: (716) 856-4000<br>rlucinsk@hodgsonruss.com |

1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 28th day of August, 2020, the foregoing was electronically filed with the Clerk of the United States District Court for the Middle District of Florida using the Court's CM/ECF system, which will send electronic notification and electronic copies of such filing to all counsel of record.

    *s/ Ryan J. McGee*
Ryan J. McGee, Esq.
201 N. Franklin St., 7th Floor
Tampa, Florida 33602
Telephone: (813) 559-4908
rmcgee@forthepeople.com