## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## OCALA DIVISION

ELENA LAMB,

      Plaintiff,

v.                                     Case No: 5:20-cv-331-Oc-30PRL

THE COOKWARE COMPANY (USA),
LLC,

      Defendant.

_____

<u>ORDER</u>

The Court has been advised via a Notice of Settlement (Dkt. 41) that the above-styled action has been settled.   Accordingly, pursuant to Local Rule 3.08(b), it is

**ORDERED AND ADJUDGED** that this cause is hereby **DISMISSED** without prejudice and subject to the right of the parties, within <u>sixty (60) days</u> of the date of this order, to submit a stipulated form of final order or judgment should they so choose **or** for any party to move to reopen the action, *upon good cause shown*.   After that 60-day period, however, dismissal shall be with prejudice.   All pending motions, if any, are **DENIED** as moot.   The Clerk is directed to close the file.

**DONE** and **ORDERED** in Tampa, Florida, this 28th day of August, 2020.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

<u>Copies furnished to:</u>
Counsel/Parties of Record