# EXHIBIT A

UNITED STATES DISTRICT COURT FOR
MIDDLE DISTRICT OF FLORIDA

ELENA LAMB, on behalf of herself and all others similarly situated,

Plaintiff,

v.     Civil No.: 20-CV-00331

THE COOKWARE COMPANY (USA), LLC,

Defendant.

## STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, the parties, by their counsel, stipulate that all claims and causes of action be dismissed on the merits with prejudice and without costs or attorneys' fees to any party.

**Dated:** August 31, 2020               **Dated:** August 31, 2020

**MORGAN AND MORGAN COMPLEX LITIGATION GROUP**          **HODGSON RUSS LLP**

By: S/Jean S. Martin
    Jean S. Martin, Esq.
201 N. Franklin St., 7th Floor
Tampa, Florida 33602
Telephone: (813) 559-4908
*jeanmartin@forthepeople.com*

By: S/Ryan K. Cummings
Ryan K. Cummings, Esq. (*pro hac vice*)
Ryan J. Lucinski, Esq. (*pro hac vice*)
Benjamin M. Zuffranieri, Jr., Esq. (*pro hac vice*)
140 Pearl Street, Suite 100
Buffalo, New York 14202–4040
Telephone: (716) 856-4000
*ryan_cummingsl@hodgsonruss.com*
*rlucinsk@hodgsonruss.com*
*bzuffran@hodgsonruss.com*

AND                                                AND

6

| | |
|---|---|
| **GLANCY PRONGAY & MURRAY LLP** <br> Brian P. Murray, Esq. <br> 230 Park Avenue, Suite 530 <br> New York, New York 10069 <br> Telephone: (212) 682-5340 <br> *Bmurray@glancylaw.com* <br><br> *Counsel for Plaintiff* | **GREENBERG TRAURIG P.A.** <br> Colin S. Baker, Esq. <br> Florida Bar No. 0066352 <br> 450 South Orange Ave., Suite 650 <br> Orlando, FL 85004-2382 <br> Telephone: (407) 420-1000 <br> *bakerco@gtlaw.com* <br><br> *Counsel for Defendant, The Cookware Company (USA) LLC* |

7